UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

110 WEST 123RD STREET REALTY ASSOCIATES, LLC,

          Plaintiff,

-against-

UNITED STATES LIABILITY INSURANCE GROUP,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/14

14 Civ. 00414(AT)(MHD)

**INITIAL PRETRIAL CONFERENCE ORDER**

ANALISA TORRES, District Judge:

    1.    Counsel for all parties are directed to appear for an initial pretrial conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure, at 4:30 p.m., on **March 24, 2014**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

    2.    **COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE AND THE COURT'S INDIVIDUAL PRACTICES TO ALL PARTIES.**

    3.    This case has been designated for electronic case filing. By the date of the initial pretrial conference, counsel for all parties are required to register as ECF filers and file a notice of appearance in accordance with the Electronic Case Filing Rules & Instructions (http://nysd.uscourts.gov/ecf_filing.php).

    4.    The parties are directed to submit a joint letter by **March 14, 2014**, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) any contemplated motions and (3) the prospect for settlement. The parties shall set forth the date and time of the conference in the opening paragraph of the joint letter.

    5.    The parties are directed to submit with their joint letter a jointly proposed Case Management Plan and Scheduling Order. The parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at http://www.nysd.uscourts.gov/judge/Torres. The status letter shall be filed electronically on ECF, with a courtesy copy, clearly marked as such, e-mailed to chambers in accordance with the Court's Individual Practices (*See* Rule I.F). The proposed Case Management Plan and Scheduling Order shall be e-mailed to chambers (Torres_nysdchambers@nysd.uscourts.gov).

6.      Requests for adjournment of the initial pretrial conference will be considered only if made in writing and in accordance with the Court's Individual Practices (*See* Rule I.D).

7.      The parties are advised that the Court requires a pre-motion conference before a motion is filed (*See* Rules III.A–C).

8.      If this case has been settled or otherwise terminated, counsel are required to notify the Court – **before the date of the conference** – by calling (212) 805-0292 and must e-mail a stipulation of discontinuance, voluntary dismissal, or other proof of termination to the Orders and Judgments Clerk (judgments@nysd.uscourts.gov).

SO ORDERED.

Dated: January 31, 2014
       New York, New York

_____
ANALISA TORRES
United States District Judge